



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-12-00192-CV

### IN RE HEALTH CARE UNLIMITED, INC.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  April 4, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On March 28, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-04-14585-CV, styled *Gi Anna Valdemar, Individually and as Representative of the Estate of Belinda Valdemar, Deceased, et al. v. Health Care Unlimited, Inc., et al.*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Richard C. Terrell presiding.